**SO ORDERED.**

**SIGNED June 02, 2011.**



_____
**HENLEY A. HUNTER
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: JAMES A. GOODE
      ANGELA R. GOODE                        CASE NO. 10-81641

UNITED STATES OF AMERICA

VERSUS                                        ADVERSARY NO. 11-8002

JAMES A. GOODE
ANGELA R. GOODE

### ORDER ON MOTION TO STRIKE ANSWER

       Pursuant to the Reasons for Decision issued this date, the Motion to Strike the Answer is **GRANTED**, however, **Without Prejudice** to the filing of a properly styled and adequately supported **Motion for Leave to File a Late Filed Answer in accordance with F.R.B.P. 9006(b)(1) within ten (10) days of the date of this Order.**

# # #